RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JOSUE D. RIVAS-TORRES
     1210 43RD STREET, FLOOR #1
     NORTH BERGEN,  NJ  07047

Atty:  RUSSELL L LOW ESQ
      LOW & LOW ESQS
      505 MAIN STREET, SUITE 304
      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 22-11979

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/02/2022 | $200.00 | 8437672000 | 06/02/2022 | $200.00 | 8505151000 |
| 07/05/2022 | $200.00 | 8566182000 | 08/02/2022 | $200.00 | 8626150000 |
| 09/02/2022 | $200.00 | 8686963000 | 10/07/2022 | $200.00 | 8754780000 |
| 11/04/2022 | $200.00 | 8808068000 | 12/05/2022 | $200.00 | 8861970000 |

**Total Receipts: $1,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 68.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 1,532.00 | 2,218.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ASPIRE/EMERGE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 15,063.92 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 8,204.58 | * | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 5,509.41 | * | 0.00 | |
| 0009 | COMENITY BANK/ABARCRORMBIE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,004.81 | * | 0.00 | |
| 0015 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-11979**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0017 | DISCOVER BANK | UNSECURED | 6,514.78 | * | 0.00 | |
| 0018 | EOS CCA | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | UNITED STATES TREASURY/IRS | PRIORITY | 3,612.00 | 100.00% | 0.00 | |
| 0021 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | LVNV FUNDING/COMENITY BANK/KAY J | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | MIDFIRST BANK | MORTGAGE ARRE | 85,163.88 | 100.00% | 0.00 | |
| 0024 | MONTEREY FINANCIAL SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,045.72 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 9,460.83 | * | 0.00 | |
| 0029 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SYNCB/HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,252.41 | * | 0.00 | |
| 0032 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,941.70 | * | 0.00 | |
| 0033 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,795.74 | * | 0.00 | |
| 0034 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SYNCHRONY/ASHLEY FURNITURE HOME | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | WELLS FARGO CARD SERVICES | UNSECURED | 7,488.57 | * | 0.00 | |
| 0043 | WELLS FARGO-PL&L | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DISCOVER BANK | UNSECURED | 773.03 | * | 0.00 | |
| 0047 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,963.48 | * | 0.00 | |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,464.23 | * | 0.00 | |
| 0050 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $1,600.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,600.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $1,600.00     =     Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN .