

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    JOSUE D. RIVAS-TORRES

**Order Filed on January 26, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  22-11979 VFP**

**Hearing Date:  1/19/2023**

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 26, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JOSUE D. RIVAS-TORRES

Case No.:  22-11979

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

_____

   THIS MATTER having come before the Court on 01/19/2023 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan by 1/26/2023 or the case will be dismissed; and it

  is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney;

  and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 2/2/2023 at 10:00 AM; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.