

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br>    JOSUE D. RIVAS-TORRES | |

Order Filed on March 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-11979

Hearing Date:  03/02/2023

Judge:  VINCENT F. PAPALIA

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 3, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): JOSUE D. RIVAS-TORRES

Case No.: 22-11979VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/02/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/2/2023 of the plan filed on 01/26/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/16/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.