Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−11979−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josue D. Rivas−Torres
   1210 43rd Street, Floor #1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7857

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 6, 2022.

On 3/16/23 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                    April 20, 2023
Time:                    08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 20, 2023
JAN: wdh

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11979-VFP
Josue D. Rivas-Torres  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Mar 20, 2023      Form ID: 185      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Josue D. Rivas-Torres, 1210 43rd Street, Floor #1, North Bergen, NJ 07047-2714 |
| 519528833 | + | Johnny Gamez, 1210 43rd Street, North Bergen, NJ 07047-2714 |
| 519528835 | + | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519528837 | | LVNV FUNDING/COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2023 20:44:51 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519528815 | ^ | MEBN | Mar 20 2023 20:41:37 | ACCOUNT RESOLUTION SERVICES, ATTN: BANKRUPTCY, PO BOX 459079, SUNRISE, FL 33345-9079 |
| 519528816 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 20 2023 20:46:00 | AMERICAN HONDA FINANCE, ATTN: NATIONAL BANKRUPTCY CENTER, PO BOX 166469, IRVING, TX 75016 |
| 519534035 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 20 2023 20:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519528817 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 20 2023 20:45:00 | ASPIRE/EMERGE, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 519528819 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2023 20:45:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519528818 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2023 20:45:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519542089 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2023 20:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519528820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2023 20:44:51 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519528822 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITY BANK/ABARCRORMBIE, ATTN: |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528826 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2023 20:46:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528830 | + | Email/Text: mrdiscen@discover.com | Mar 20 2023 20:45:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519528829 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2023 20:44:55 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519533329 | | Email/Text: mrdiscen@discover.com | Mar 20 2023 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519528832 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2023 20:46:00 | EOS CCA, ATTN: BANKRUPTCY, 700 LONGWATER DR, NORWELL, MA 02061-1624 |
| 519528834 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2023 20:46:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 519528821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2023 20:44:26 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519548732 | + | Email/Text: RASEBN@raslg.com | Mar 20 2023 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519534844 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2023 20:45:12 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519528839 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 20 2023 20:44:51 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519528840 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Mar 20 2023 20:45:00 | MONTEREY FINANCIAL SVC, ATTN: BANKRUPTCY, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 519572883 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 20 2023 20:44:28 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519528838 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2023 20:46:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 519541599 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2023 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519528841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2023 20:45:11 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |

Case 22-11979-VFP    Doc 41    Filed 03/22/23    Entered 03/23/23 00:13:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2023 | Form ID: 185 | Total Noticed: 56 |

| 519566955 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- | --- |
| | | | Mar 20 2023 20:44:53 | Portfolio Recovery Associates, LLC, c/o PC RICHARD, POB 41067, Norfolk, VA 23541 |
| 519566870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 20 2023 20:44:54 | Portfolio Recovery Associates, LLC, c/o SAMS CLUB, POB 41067, Norfolk, VA 23541 |
| 519566874 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 20 2023 20:45:11 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519528844 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Mar 20 2023 20:45:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528847 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 20 2023 20:44:55 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519528848 | ^ | MEBN | | |
| | | | Mar 20 2023 20:40:44 | STERLING JEWELERS, INC., ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 519528849 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:45:06 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528850 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:50 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528851 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:30 | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528852 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:50 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519528854 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:50 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528855 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:50 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519528856 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:27 | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528858 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:45:08 | SYNCHRONY/ASHLEY FURNITURE HOMESTORE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528902 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 20 2023 20:44:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519528860 | + | Email/PDF: tbiedi@PRAGroup.com | | |
| | | | Mar 20 2023 20:44:52 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528859 | + | Email/Text: ClericalSupport@tenagliahunt.com | | |
| | | | Mar 20 2023 20:46:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519528864 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Mar 20 2023 20:44:36 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519528865 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Mar 20 2023 20:44:52 | WELLS FARGO-PL&L, MAX F8234F-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 519555562 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Mar 20 2023 20:44:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519528831 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519528836 | *+ | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519528842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 519528843 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 519528845 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528853 | *+ | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519528857 | *+ | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528861 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528862 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528863 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Josue D. Rivas-Torres ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4