Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11979−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josue D. Rivas−Torres
   1210 43rd Street, Floor #1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7857

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/20/23 at 10:00 AM

to consider and act upon the following:

**45** − Motion to Approve Loan Modification with MidFirst Bank Filed by Russell L. Low on behalf of Josue D. Rivas−Torres. Objection deadline is 06/14/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Low, Russell)

**46** − Limited Objection to Motion to Approve Loan Modification (related document:45 Motion to Approve Loan Modification with MidFirst Bank Filed by Russell L. Low on behalf of Josue D. Rivas−Torres. Objection deadline is 06/14/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Josue D. Rivas−Torres) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/1/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court