| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>JOSUE D. RIVAS-TORRES | **Case No.:  22-11979**<br><br>**Adv. No.:**<br><br>**Hearing Date:**<br><br>**Judge:  VFP** |

**CERTIFICATION OF SERVICE**

1.  I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 07/13/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
JOSUE D. RIVAS-TORRES
1210 43RD STREET, FLOOR #1
NORTH BERGEN, NJ  07047
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)

---

Dated:  July 13, 2023

By:   /S/  Keith Guarneri
      Keith Guarneri