Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11979−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josue D. Rivas−Torres
   1210 43rd Street, Floor #1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7857

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 3, 2023.


Dated: November 3, 2023
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11979-VFP
Josue D. Rivas-Torres  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Nov 03, 2023  Form ID: plncf13  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josue D. Rivas-Torres, 1210 43rd Street, Floor #1, North Bergen, NJ 07047-2714 |
| 519528833 | + | Johnny Gamez, 1210 43rd Street, North Bergen, NJ 07047-2714 |
| 519528835 | + | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519528837 | | LVNV FUNDING/COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2023 20:53:18 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519528815 | ^ | MEBN | Nov 03 2023 21:34:35 | ACCOUNT RESOLUTION SERVICES, ATTN: BANKRUPTCY, PO BOX 459079, SUNRISE, FL 33345-9079 |
| 519528816 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2023 20:51:00 | AMERICAN HONDA FINANCE, ATTN: NATIONAL BANKRUPTCY CENTER, PO BOX 166469, IRVING, TX 75016 |
| 519534035 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2023 20:51:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519528817 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 03 2023 20:50:00 | ASPIRE/EMERGE, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 519528819 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 20:49:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519528818 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 20:49:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519542089 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 20:49:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519528820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2023 20:53:22 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519528822 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITY BANK/ABARCRORMBIE, ATTN: |

Case 22-11979-VFP    Doc 64    Filed 11/05/23    Entered 11/05/23 23:16:14    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: plncf13 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528826 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2023 20:51:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528830 | + | Email/Text: mrdiscen@discover.com | Nov 03 2023 20:49:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519528829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:14:37 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519533329 | | Email/Text: mrdiscen@discover.com | Nov 03 2023 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519528832 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 03 2023 20:52:00 | EOS CCA, ATTN: BANKRUPTCY, 700 LONGWATER DR, NORWELL, MA 02061-1624 |
| 519528834 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2023 20:51:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 519528821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2023 21:04:09 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519548732 | + | Email/Text: RASEBN@raslg.com | Nov 03 2023 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519534844 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 21:04:09 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519528839 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 03 2023 20:53:04 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519528840 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Nov 03 2023 20:50:00 | MONTEREY FINANCIAL SVC, ATTN: BANKRUPTCY, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 519572883 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 03 2023 20:53:22 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519528838 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2023 20:51:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 519541599 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2023 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519528841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2023 21:04:19 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 3 of 4 |
| Date Rcvd: Nov 03, 2023 | | Form ID: plncf13 | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519566955 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2023 21:04:26 | | Portfolio Recovery Associates, LLC, c/o PC RICHARD, POB 41067, Norfolk, VA 23541 |
| 519566870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2023 20:53:19 | | Portfolio Recovery Associates, LLC, c/o SAMS CLUB, POB 41067, Norfolk, VA 23541 |
| 519566874 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2023 20:53:39 | | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519528844 | | Email/Text: signed.order@pfwattorneys.com Nov 03 2023 20:50:00 | | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528847 | + | Email/PDF: resurgentbknotifications@resurgent.com Nov 03 2023 20:53:17 | | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519528848 | + | Email/Text: bankruptcy@signetjewelers.com Nov 03 2023 20:50:00 | | STERLING JEWELERS, INC., ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 519528849 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 21:04:26 | | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528850 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 21:04:11 | | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528851 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 20:53:31 | | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528852 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 21:04:11 | | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519528854 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 21:04:06 | | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528855 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 20:53:11 | | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519528856 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 21:04:26 | | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528858 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 21:04:16 | | SYNCHRONY/ASHLEY FURNITURE HOMESTORE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528902 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 03 2023 20:53:11 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519528860 | + | Email/Text: bnc-thebureaus@quantum3group.com Nov 03 2023 20:50:00 | | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528859 | + | Email/Text: ClericalSupport@tenagliahunt.com Nov 03 2023 20:50:00 | | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519528864 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Nov 03 2023 21:04:14 | | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519528865 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Nov 03 2023 20:53:17 | | WELLS FARGO-PL&L, MAX F8234F-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 519555562 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Nov 03 2023 20:53:50 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 03, 2023 | Form ID: plncf13 | Total Noticed: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519528831 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519528836 | *+ | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519528842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 519528843 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 519528845 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528853 | *+ | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519528857 | *+ | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528861 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528862 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528863 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Josue D. Rivas-Torres ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4