Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11979−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josue D. Rivas−Torres
   1210 43rd Street, Floor #1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7857

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:    6/20/24
Time:    02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney

COMMISSION OR FEES
$2,300.00

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: $2,300.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 21, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-11979-VFP
Josue D. Rivas-Torres                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 4

Date Rcvd: May 21, 2024            Form ID: 137            Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josue D. Rivas-Torres, 1210 43rd Street, Floor #1, North Bergen, NJ 07047-2714 |
| 519528833 | + | Johnny Gamez, 1210 43rd Street, North Bergen, NJ 07047-2714 |
| 519528835 | + | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519528837 | | LVNV FUNDING/COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528902 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2024 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2024 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 20:30:28 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519528815 | ^ | MEBN | May 21 2024 20:18:43 | ACCOUNT RESOLUTION SERVICES, ATTN: BANKRUPTCY, PO BOX 459079, SUNRISE, FL 33345-9079 |
| 519528816 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 21 2024 20:25:00 | AMERICAN HONDA FINANCE, ATTN: NATIONAL BANKRUPTCY CENTER, PO BOX 166469, IRVING, TX 75016 |
| 519534035 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 21 2024 20:25:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519528817 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 21 2024 20:23:00 | ASPIRE/EMERGE, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 519528819 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2024 20:23:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519528818 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2024 20:23:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519542089 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2024 20:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519528820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 20:30:47 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519528822 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 22-11979-VFP    Doc 79    Filed 05/23/24    Entered 05/24/24 00:16:09    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 137 | Total Noticed: 56 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 21 2024 20:24:00 | COMENITY BANK/ABARCRORMBIE, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 20:24:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 20:24:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 20:24:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519528826 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 20:24:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 20:24:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 20:24:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519528830 | + | Email/Text: mrdiscen@discover.com | May 21 2024 20:23:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519528829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2024 20:30:55 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519533329 | | Email/Text: mrdiscen@discover.com | May 21 2024 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519528832 | + | Email/Text: bankruptcydepartment@tsico.com | May 21 2024 20:25:00 | EOS CCA, ATTN: BANKRUPTCY, 700 LONGWATER DR, NORWELL, MA 02061-1624 |
| 519528834 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2024 20:24:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 519528821 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2024 20:30:56 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519548732 | + | Email/Text: RASEBN@raslg.com | May 21 2024 20:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519534844 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2024 20:30:48 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519528839 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 21 2024 20:30:43 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519528840 | + | Email/Text: bankruptcynotification@montereyfinancial.com | May 21 2024 20:23:00 | MONTEREY FINANCIAL SVC, ATTN: BANKRUPTCY, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 519572883 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 21 2024 20:30:25 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519528838 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 20:24:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 519541599 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 20:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519528841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 20:30:28 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, |

Case 22-11979-VFP   Doc 79   Filed 05/23/24   Entered 05/24/24 00:16:09   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 137 | Total Noticed: 56 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | NORFOLK, VA 23502 |
| 519566955 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 20:44:25 | Portfolio Recovery Associates, LLC, c/o PC RICHARD, POB 41067, Norfolk, VA 23541 |
| 519566870 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 20:30:28 | Portfolio Recovery Associates, LLC, c/o SAMS CLUB, POB 41067, Norfolk, VA 23541 |
| 519566874 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 20:43:57 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519528844 | Email/Text: signed.order@pfwattorneys.com | May 21 2024 20:23:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528847 | + Email/PDF: resurgentbknotifications@resurgent.com | May 21 2024 20:30:47 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519528848 | + Email/Text: bankruptcy@signetjewelers.com | May 21 2024 20:24:00 | STERLING JEWELERS, INC., ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 519528849 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:25 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528850 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:43:47 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528851 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:54 | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528852 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:23 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519528854 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:56 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528855 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:44 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519528856 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:16 | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528858 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:26 | SYNCHRONY/ASHLEY FURNITURE HOMESTORE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528860 | + Email/Text: bnc-thebureaus@quantum3group.com | May 21 2024 20:24:00 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528859 | + Email/Text: ClericalSupport@tenagliahunt.com | May 21 2024 20:24:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519528864 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 21 2024 20:30:46 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519528865 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 21 2024 20:30:12 | WELLS FARGO-PL&L, MAX F8234F-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 519555562 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 21 2024 20:44:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519528831 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519528836 | *+ | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 519528842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 519528843 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 519528845 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519528853 | *+ | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519528857 | *+ | SYNCHRONY/AMERICAN EAGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519528861 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528862 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 519528863 | *+ | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Josue D. Rivas-Torres ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4