Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  22−11979−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Josue D. Rivas−Torres
1210 43rd Street, Floor #1
North Bergen, NJ 07047

Social Security No.:
xxx−xx−7857

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/3/24 at 10:00 AM

to consider and act upon the following:

*82* − Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/11/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*83* − Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/11/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Josue D. Rivas−Torres. (Low, Russell)

Dated: 9/12/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court