UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Josue Rivas-Torres,

Debtor.

Case No.:   22-11979-VFP

Chapter:   13

Hearing Date:   11/21/2024

Judge:   Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 82)

_____

Date: 11/20/2024                                   /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*