| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee |
| IN RE: <br><br>    JOSUE D. RIVAS-TORRES |

Order Filed on November 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-11979 VFP

Hearing Date:  11/21/2024

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 22, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): JOSUE D. RIVAS-TORRES

Case No.: 22-11979

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 11/21/2024 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $250.00 to the Trustee's office by 12/5/2024 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 1/16/2025 at 10:00 AM.