

Report Created on Nov 15, 2024

# 1210 43RD ST
# NORTH BERGEN, NJ 07047

Prepared By       Jasmine Pagan



**Courtesy of Jasmine Pagan**
REALTY ONE GROUP PRODIGY
Office: (973) 661-1719
Email: ataullah@rogprodigy.com



Information comes from third party sources and is provided 'as is' with no warranties or representations as to its accuracy or completeness.

# Remine CMA 360<sup>SM</sup>

Created on Nov 15, 2024

| Subject Property | Sq Ft | Beds | FB | HB |
|---|---|---|---|---|
| 1210 43RD ST | 1,320 | | | -- |

## Area Demographics

- 0% College Graduates
- 0% Have Children
- undefined Avg. Household
- $0K Avg. Income
- undefined Avg. Age

## Valuation

**Average Value Estimate: $641,668**

### First American
| | |
|---|---|
| Est. Value | $597,535 |
| Range | $437,955 - $757,114 |

### Zestimate
| | |
|---|---|
| Est. Value | $685,800 |
| Range | $624,078 - $747,522 |

## Comparables Overview

| Market Value Range | Avg. List | List Range | Avg. Sold | Sold Range |
|---|---|---|---|---|
| $605,000 - $1,117,000 | $799,222.11 | $599,999 - $1,199,000 | $828,250 | $605,000 - $1,117,000 |

### Days On Market
Average: **45**

| Low | High |
|---|---|
| 17 | 74 |

### Difference
Average: **-4%**

| Low | High |
|---|---|
| -10% | 1% |

### Est. Value
Average: **$799k**

| Low | High |
|---|---|
| $600k | $1M |

## Summary Details

Active 1 Pending 1 Sold 4 Off MLS 0 Withdrawn 2 Expired 1

### Active



# Remine CMA 360 ᴿᴹ
Created on Nov 15, 2024

**Subject Property**

| | Sq Ft | Beds | FB | HB |
|---|---|---|---|---|
| 1210 43RD ST | 1,320 | | | -- |

## Summary Details, Cont'd.

**1  565 35th St**
Union City, NJ 07087-2563

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| -- | 7 | 3 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 2023 | 2,613 | | | No | No |

| | |
|---|---|
| DOM | 20 |
| List Price | $649,000 |
| Sold Price | -- |
| Concession | -- |
| Est. Value | -- |
| % to List | -- |
| Contract | 10/26/2024 |
| Sold | -- |

## Pending

**2  38 51St St**
West New York Town, NJ 07093-3501

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| 2,316 | 5 | 3 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1919 | 2,400 | | | No | No |

| | |
|---|---|
| DOM | 149 |
| List Price | $955,000 |
| Sold Price | -- |
| Concession | -- |
| Est. Value | -- |
| % to List | -- |
| Contract | 06/19/2024 |
| Sold | -- |

## Sold

**3  522 28th St**
Union City, NJ 07087-3838

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| 2,124 | 3 | 4 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1888 | 1,306 | | | No | No |

| | |
|---|---|
| DOM | 17 |
| List Price | $599,999 |
| Sold Price | $605,000 |
| Concession | -- |
| Est. Value | -- |
| % to List | 1% |
| Contract | 10/31/2024 |
| Sold | 10/31/2024 |



# Remine CMA 360<sup>SM</sup>

Created on Nov 15, 2024

### Subject Property

| | Sq Ft | Beds | FB | HB |
|---|---|---|---|---|
| 1210 43RD ST | 1,320 | | | -- |

## Summary Details, Cont'd.

**4  4526 Cottage Pl**
Union City, NJ 07087-3987



| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| 2,156 | 6 | 5 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1900 | 3,484 | | | No | No |

| | |
|---|---|
| DOM | 23 |
| List Price | $750,000 |
| Sold Price | $676,000 |
| Concession | -- |
| Est. Value | -- |
| % to List | -10% |
| Contract | 08/29/2024 |
| Sold | 08/29/2024 |

**5  640 Boulevard East**
Weehawken Twp., NJ 07086



| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| 2,112 | 4 | 2 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1930 | 6,098 | | | No | No |

| | |
|---|---|
| DOM | 74 |
| List Price | $925,000 |
| Sold Price | $915,000 |
| Concession | -- |
| Est. Value | -- |
| % to List | -1% |
| Contract | 05/17/2024 |
| Sold | 05/17/2024 |

**6  575 55Th St**
West New York Town, NJ 07093-5187

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| -- | 6 | 4 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1938 | 2,613 | | | No | No |

| | |
|---|---|
| DOM | 65 |
| List Price | $1,199,000 |
| Sold Price | $1,117,000 |
| Concession | -- |
| Est. Value | -- |
| % to List | -7% |
| Contract | 10/15/2024 |
| Sold | 10/15/2024 |

## Withdrawn



Case 22-11979-VFP    Doc 102    Filed 12/18/24    Entered 12/18/24 11:52:29    Desc Main
Document    Page 5 of 6

| Remine CMA 360℠ | Subject Property | Sq Ft | Beds | FB | HB |
|---|---|---|---|---|---|
| Created on Nov 15, 2024 | 1210 43RD ST | 1,320 | | | -- |

## Summary Details, Cont'd.

**7  5512 Grant Pl**
West New York Town, NJ 07093-2122

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| 1,824 | 4 | 2 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1899 | 2,250 | | | No | No |

| | |
|---|---|
| DOM | 240 |
| List Price | $675,000 |
| Sold Price | -- |
| Concession | -- |
| Est. Value | -- |
| % to List | -- |
| Contract | 09/19/2024 |
| Sold | -- |

**8  408 25Th St**
Union City, NJ 07087-4552

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| -- | 10 | 4 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1902 | 2,613 | | | No | No |

| | |
|---|---|
| DOM | 375 |
| List Price | $740,000 |
| Sold Price | -- |
| Concession | -- |
| Est. Value | -- |
| % to List | -- |
| Contract | 05/27/2024 |
| Sold | -- |

## Expired

**9  521 55Th St**
West New York Town, NJ 07093-4978

| Sq Ft | Beds | FB | HB | | |
|---|---|---|---|---|---|
| -- | 5 | 3 | -- | | |
| YrBlt | Lot | Floors | FPLS | BMT | GAR |
| 1919 | -- | | | No | No |

| | |
|---|---|
| DOM | 365 |
| List Price | $700,000 |
| Sold Price | -- |
| Concession | -- |
| Est. Value | -- |
| % to List | -- |
| Contract | 10/18/2024 |
| Sold | -- |

