**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>JOSUE D. RIVAS-TORRES<br><br>Debtor(s) | Case No. 22-11979 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2022.

2) The plan was confirmed on 05/06/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/26/2023, 11/03/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/28/2022, 07/13/2023, 04/23/2024, 09/19/2024.

5) The case was dismissed on 12/18/2024.

6) Number of months from filing or conversion to last payment: 31.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,354.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,124.96 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,124.96** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,408.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $404.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,813.00** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

### Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---:|---:|
| RUSSELL L LOW ESQ | Attorney Fee | $1,000.00 | $5,408.50 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RESOLUTION SERVICES | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORPC | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ASPIRE/EMERGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 15,063.00 | 15,063.92 | 15,063.92 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 8,204.00 | 8,204.58 | 8,204.58 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/ABARCRORMBIE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/PIER 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/VICTORIA SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/VICTORIA SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYBANK/NEW YORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORE NATIONAL BAI | Unsecured | 3,407.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 6,514.00 | 6,514.78 | 6,514.78 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 773.00 | 773.03 | 773.03 | 0.00 | 0.00 |
| EOS CCA | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 5,509.00 | 5,509.41 | 5,509.41 | 0.00 | 0.00 |
| LIBERTY SAVINGS FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY SAVINGS FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 9,180.00 | 9,460.83 | 9,460.83 | 0.00 | 0.00 |
| LVNV FUNDING/COMENITY BANK/K. | Unsecured | 9,180.23 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 3,003.51 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | 1,004.81 | 1,004.81 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | 2,252.41 | 2,252.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | 1,941.70 | 1,941.70 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONTEREY FINANCIAL SVC | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 3,085.00 | 3,045.72 | 3,045.72 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 1,834.00 | 1,795.74 | 1,795.74 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 2,002.00 | 1,963.48 | 1,963.48 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 1,503.00 | 1,464.23 | 1,464.23 | 0.00 | 0.00 |
| STERLING JEWELERS, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/HSN | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/CARE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/GAP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/PC RICHARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY/AMERICAN EAGLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY/AMERICAN EAGLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY/ASHLEY FURNITURE H | Unsecured | 963.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 1,879.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 1,609.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 1,594.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Priority | 3,612.00 | 3,612.00 | 3,612.00 | 311.96 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 7,488.00 | 7,488.57 | 7,488.57 | 0.00 | 0.00 |
| WELLS FARGO-PL&L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,612.00 | $311.96 | $0.00 |
| **TOTAL PRIORITY:** | **$3,612.00** | **$311.96** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$66,483.21** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,813.00 |
| Disbursements to Creditors | $311.96 |
| **TOTAL DISBURSEMENTS:** | **$6,124.96** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/19/2024                    By: /s/ Marie-Ann Greenberg
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.