UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:  201-549-2363
dcarlon@kmllawgroup.com
MidFirst Bank

**Order Filed on January 24, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Josue D. Rivas-Torres, Debtor
Johnny Gamez, Co-debtor

Case No.:  <u>22-11979 VFP</u>

Adv. No.:

Hearing Date: 11/21/2024 @ 10:00 a.m..

Judge:  <u>Vincent F. Papalia</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: January 24, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Josue D. Rivas-Torres & Johnny Gamez
Case No:  22-11979 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DEFAULT
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default as to real property located at 1210 43rd Street, North Bergen NJ 07047, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell L. Low, Esquire, attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of December 9, 2024, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2024 through December 2024 for a total post-petition default of $25,748.78 (8 @ $3,218.98 less suspense $3.06); and

   It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall sell the subject property by December 28, 2024, and pay off the final judgment amount, plus interest, advances, and costs thereon, in full; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its right to collect the post-petition and pre-petition arrears in the event the sale has not been completed by December 28, 2024; and

It is further **ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred by January 1, 2025, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and the certification of default is hereby resolved.